UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY DAVIS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BOAS COLONIAL INVESTMENTS LLC, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 2:22-cv-05267-FLA (ASx)<br><br>**ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT DISMISS THE ACTION FOR LACK OF PROSECUTION** |

1

Plaintiff Roy Davis Gash ("Plaintiff") initiated this action on July 29, 2022. Dkt. 1. On December 7 and 8, 2022, Plaintiff filed proofs of service of the Summons and Complaint. Dkts. 11, 12, 14, 17. No subsequent activity has occurred in this action.

Accordingly, the court ORDERS Plaintiff to Show Cause ("OSC") in writing within fourteen (14) days of this order why the court should not dismiss this action for lack of prosecution. *See* Fed. R. Civ. P. 41(b). The filing of requests for entries of default shall constitute a sufficient response. Failure to respond timely may result in the dismissal of this action without further notice.

IT IS SO ORDERED.

Dated: October 1, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge

2