**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY DAVIS GASH,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BOAS COLONIAL INVESTMENTS LLC, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 2:22-cv-05267-FLA (ASx)<br><br>**ORDER DISMISSING ACTION [DKT. 20]** |

1

1     On October 2, 2025, Plaintiff Roy Davis Gash ("Plaintiff") filed a Notice of Voluntary Dismissal ("Notice"), dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1). Dkt. 20. Having considered the Notice and finding good cause therefor, the court hereby ORDERS:

     1. All dates and deadlines governing this action are VACATED.

     2. The court DISMISSES the action with prejudice.

     IT IS SO ORDERED.

Dated: October 3, 2025

                                  FERNANDO L. AENLLE-ROCHA
                                  United States District Judge